** NOT PRINTED FOR PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| CHRISTOPHER ABREGO, et al., § § *Plaintiffs,* § § v. § § A&L INDUSTRIAL SERVICES, INC., et al., § § *Defendants.* § | CIVIL ACTION No. ~~1-13-CV-414~~ JUDGE RON CLARK |

### ORDER

The court previously severed the cases against each Defendant and now a separate case number has been assigned to these new cases. *See* Order Severing Defendants [Doc. # 113] and the spreadsheet [Doc. # 135] submitted by Plaintiffs in this matter. IT IS THEREFORE ORDERED that all Plaintiffs in the above-styled case with claims against a particular Defendant are transferred to the case or cases against that Defendant.

| Case Name | Case Number |
|---|---|
| Victor Aguirre v. ISC Constructors, LLC f/k/a Industrial Specialty Contractors | 1-14-cv-67 |
| Dana M. Farr v. KT Maintenance Company, Inc. | 1-14-cv-68 |
| Jason Wayne Smith v. IES Commercial, Inc. | 1-14-cv-69 |
| Federico Aguilar v. Industrial Process Insulators, Inc. | 1-14-cv-70 |
| Sergio Isaac Munoz v. Pentair Thermal Management, LLC d/b/a Tyco Thermal Controls | 1-14-cv-71 |
| Patrick Kim Letulle v. AbClean, Inc. n/k/a USES, Inc. | 1-14-cv-72 |

| | |
|---|---|
| Christian I. Ocon v. Pat Tank Inc | 1-14-cv-73 |
| Ambrocio Melendez v. UP Professional Solutions, LLC f/k/a Universal Personnel, LLC | 1-14-cv-74 |
| Fabian Mata-Arroyo v. Baker Concrete Construction, Inc. | 1-13-cv-367 |
| Clifford Matthew Adams v. Brock Services, Inc. | 1-13-cv-372 |
| Michael Garcia v. Insulations, Inc. | 1-13-cv-378 |
| Jairo Aguillon v. Performance Contractors, Inc. | 1-13-cv-382 |

So **ORDERED** and **SIGNED** this **10** day of **February, 2014.**

_____
Ron Clark, United States District Judge